# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

RUSSELL CRAIG SIEVERT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-1085

_____

January 12, 2024

Appeal from the Circuit Court for Manatee County; Lon S. Arend, Judge.

Howard L. Dimmig, II, Public Defender, and Susan M. Shanahan, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

Affirmed.

KELLY, MORRIS, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.